Patience Milrod
844 N. Van Ness Avenue
Fresno, California 93728
559/442-3111

Attorney for PHORN SAN

FILED

OCT 3 0 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT IN AND FOR
THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

UNITED STATES OF AMERICA, )  Case No. 06-CR-00313 LJO
)
Plaintiff, ) **APPLICATION AND [PROPOSED]**
) **ORDER EXONERATING BOND AND FOR**
) **RETURN OF CASH BOND**
vs. )
PHORN SAN, *et al.*, )  Hon. Lawrence J. O'Neill
)
Defendants. )

Defendant PHORN SAN, hereby moves this court for an order to exonerate the bond and return the cash bond posted in the above-captioned case.

On September 20, 2006, Mr. San appeared before this court regarding a criminal complaint. He was order released from custody under the supervision of Pretrial Services and $8,000.00 cash bond. (Docket #47) The $8,000.00 cash bond was posted on September 21, 2006, Receipt # 100 204028. (Docket #46)

*Application for Order Exonerating Bond* 1

Mr. San entered a guilty plea and was sentenced by the Court. He was order to surrender for service of his sentence on October 24, 2008. Mr. San did self-surrender to the Federal Correctional Institution, Taft, California as required. (See Bureau of Prisons Inmate Custody Locator, attached as Exhibit 1)

As Mr. San has met the conditions required by this court in this matter, and he has self surrendered to the BOP facility as required by the Court, he requests that the court exonerate the bond and return the cash bond of $8,000.00 posted be returned to Kamsath San at 6858 E. Raco Ave. Fresno, CA 93727.

Dated: October 29, 2008

/s/ Patience Milrod
PATIENCE MILROD
Attorney for defendant PHORN SAN

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the bond in the above-captioned case be exonerated and cash bond be reconveyed to Kamsath San.

IT IS SO ORDERED.

Dated: Oct 30, 2008

HON. LAWRENCE J. O'NEILL
Judge of the District Court

*Application for Order Exonerating Bond* 2

## Inmate Locator - Locate Federal inmates from 1982 to present

| Name | Register Number | Age | Race | Sex | Release Date Actual / Projected | Location |
|---|---|---|---|---|---|---|
| 1. PHORN SAN | 63101-097 | 35 | Asian | M | UNKNOWN | TAFT CI |

 New Search   FAQs   Privacy

Results 1 - 1 of 1